UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JON Q. WRIGHT,

    PLAINTIFF,

               CASE NO. 0:20-cv-01720-NEB-BRT

V.

FRANKIE'S MARINE, LLC

    DEFENDANT.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jon Q. Wright, by and through counsel, hereby voluntarily dismisses with prejudice the above-captioned matter against Frankie's Marine, LLC.  Each party is to bear its own attorney fees and costs.

DATE:  September 18, 2020

*s/ Eric H. Chadwick*
Eric H. Chadwick (#248,769)
DeWitt LLP
2100 AT&T Tower
900 S. Marquette Avenue
Minneapolis, MN  55402
Telephone: (612) 305-1426
Email: ehc@dewittllp.com

**ATTORNEY FOR PLAINTIFF**

{11721731.1 }